Certificate Number: 13858-PAM-DE-029126446

Bankruptcy Case Number: 16-05247


13858-PAM-DE-029126446

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 21, 2017</u>, at <u>1:53</u> o'clock <u>PM EDT</u>, <u>Daniel Feigenblatt</u> completed a course on personal financial management given <u>by internet</u> by <u>MoneySharp Credit Counseling Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>April 21, 2017</u>　　By: <u>/s/Edwin G. Calderon</u>

　　　　　　　　　　　　　　Name: <u>Edwin G. Calderon</u>

　　　　　　　　　　　　　　Title: <u>Vice President</u>