```
                                    United States Bankruptcy Court
                                    Middle District of Pennsylvania
In re:                                                                          Case No. 16-05247-JJT
Daniel G. Feigenblatt                                                           Chapter 7
         Debtor
                                       CERTIFICATE OF NOTICE
District/off: 0314-5          User: admin                Page 1 of 1            Date Rcvd: May 02, 2017
                              Form ID: fnldecac          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 04, 2017.
db             +Daniel G. Feigenblatt,    19 Seneca Place,    Kingston, PA 18704-5007

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 04, 2017                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 1, 2017 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    JPMORGAN CHASE bkgroup@kmllawgroup.com
              Kevin   Tanribilir    on behalf of Debtor Daniel G. Feigenblatt tanribilirlaw@verizon.net,
               notices@UpRightLaw.com
              Robert P. Sheils, Jr (Trustee)    rsheils@sheilslaw.com,
               rmcdonald@sheilslaw.com;PA41@ecfcbis.com;psheldon@sheilslaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4

fnldecac (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Daniel G. Feigenblatt  
19 Seneca Place  
Kingston, PA 18704

Chapter 7  
Case No. 5:16−bk−05247−JJT

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):  
xxx−xx−0986

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

**Robert P. Sheils, Jr (Trustee)**

is discharged as trustee of the estate of the above−named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: May 1, 2017

BY THE COURT  
By the Court,

Honorable John J. Thomas  
United States Bankruptcy Judge  
By: AutoDocketer, Deputy Clerk